**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| MAGDALENO LUNA-VARGAS, | No. 07-74281 |
| Petitioner, | Agency No. A092-546-612 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Magdaleno Luna-Vargas, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order summarily affirming

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

an immigration judge's ("IJ") decision denying his application for cancellation of removal for legal permanent residents.  We dismiss the petition for review.

Luna-Vargas' sole contention is that the IJ violated due process because his adverse credibility determination relied in part on a statement from a smuggled alien who was not present to testify.  We lack jurisdiction to review this contention because Luna-Vargas failed to raise it before the BIA.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004); *see also Zara v. Ashcroft*, 383 F.3d 927, 930 (9th Cir. 2004) ("A petitioner cannot satisfy the exhaustion requirement by making a general challenge to the IJ's decision, but, rather, must specify which issues form the basis of the appeal.").

**PETITION FOR REVIEW DISMISSED.**